MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
Brian D. Fahy, Bar No. 266750
brian.fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: (213) 612-2500
Fax: (213) 612 -2501

MORGAN, LEWIS & BOCKIUS LLP
Amy A. McGeever, Bar No. 296758
amy.mcgeever@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

Attorneys for Defendants
AMAZON.COM SERVICES, INC.; AMAZON LOGISTICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ADRIANA PONCE, on behalf of herself and all others that are similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM SERVICES, INC., a Delaware Corporation; AMAZON LOGISTICS, INC., a Delaware Corporation; ALAIN MONIE, a California Resident; JOHN BROWN, a California Resident; WILLIAM GORDON, a California Resident; and Does 1-100, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**<br><br>**[N.D. CAL. L.R. 3-15]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' CERTIFICATE OF
INTERESTED PARTIES

**TO THE CLERK OF THE NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Civil Rule 3-15, the undersigned counsel of record for Defendants Amazon.com Services, Inc. and Amazon Logistics, Inc. (collectively, "Amazon") certifies as follows:

Amazon.com Services, Inc. is a wholly-owned subsidiary of Amazon.com, Inc. and Amazon Logistics, Inc. is wholly owned by Amazon.com, Inc.  Accordingly, Amazon.com, Inc. may have a pecuniary interest in the outcome of this case. Amazon.com, Inc. has no parent company, and no other publicly held company owns 10% or more of Amazon.com, Inc.'s stock. This representation is made to enable the Court to evaluate possible disqualification or recusal. Defendants will advise this Court in the event it learns of any additional parties that must be identified pursuant to Local Rule 3-15.

Dated: January 16, 2019               MORGAN, LEWIS & BOCKIUS LLP


By   /s/ Amy A. McGeever
     John S. Battenfeld
     Brian D. Fahy
     Amy A. McGeever

Attorneys for Defendants
AMAZON.COM SERVICES, INC.;
AMAZON LOGISTICS, INC.